# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:19-CR-127-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CYNTHIA WILLIAMS-SINGLETON, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 37) filed February 5, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. Respectfully, especially considering that a public sentencing hearing has been held in this case reflecting much if not all of the information addressed in motion, the Court is skeptical that there is material that needs to remain sealed at this point. Thus, having carefully considered the motion and the record, and for good cause, the undersigned will <u>deny</u> the motion, without prejudice to renew it if Defendant can state a more fulsome basis.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 37) is **DENIED WITHOUT PREJUDICE**, and Defendant's Motion To Reargue Sentencing And/Or To Correct Sentence (Document No. 36) is unsealed until further Order of this Court. If Defendant wishes to renew the motion to state a more fulsome basis for sealing the object of the motion, she may do so.

**SO ORDERED**.

Signed: February 7, 2020

David C. Keesler
United States Magistrate Judge