UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-127-MOC-DCK-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CYNTHIA WILLIAMS-SINGLETON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's "Motion for Release from Custody," filed through counsel. (Doc. No. 62).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: February 22, 2021

Max O. Cogburn Jr.
United States District Judge